Janet A. Lawson #107321
3615 S. Victoria Ave. #7
Oxnard, CA 93035-4385
(805) 985-1147
(805) 985-8857
janet.lawson@justice.com
Attorney for: Debtor

FILED
04 SEP 21 AM 9:48
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

In Re:

PEDRO GOGUE ARCERO
and MARIA S. ARCERO

Case No. ND00-11472-RR

ADDITIONAL EVIDENCE IN
SUPPORT OF RELEASING UNCLAIMED
FUNDS TO DEBTOR and
DECLARATION
OF JANET A. LAWSON

Date:
Time:
Courtroom:
Location:

Attached hereto is a copy a letter received by Janet Lawson from Mr. Pratap Mehta. In it he request the funds be released to the debtors as the loan has been paid in full.

Dated 9/20/2004

Janet A. Lawson,
Attorney for Debtors

1

Declaration of Janet A. Lawson

I, Janet A. Lawson, could and would competently testify to the following if called to do so:

1. I spoke to Mr. Mehta on the 14th of September. He faxed me the attached letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the __20th__ of September, 2004 at Oxnard, California.

*[signature]*

Janet A. Lawson

1

**Pratap K. (P.K.) Mehta**
20716 E. Fuero Dr.,
W_____, CA 91789
(909) 595-8108

September 14, 2004

To
Janet A. Lawson #107321
3615 S. Victoria Ave., # 7
Oxnard, CA 93035

Ref: Motion for order releasing unclaimed funds, Case number NdOO-11472-RR

Dear Ms. Lawson:

As per our telephone conversation on Monday September 13, 2004, I am sending you the letter you requested as follows:

Mr. Pedro Arceo and his partners were making me the payment on note and trust deed of $350.00 per month. The property was located in Victor Valley in the county of San Bernardino Judicial district.

In May of 2000 I received the paperwork from the United State Bankruptcy court to fill out the claim form. At that time the balance on the note and trust deed was $16,531.79. I filed that claim on 5-29-2000 as requested by the court.

On Dec., 30, 2003 Mr. Pedro Arceo paid off his balance on the loan and I sent them the original note and trust deed with the reconveyance signed so Mr. Arceo can record the full reconveyance in county of recorders office.

**The Funds held in bankruptcy court now should be release to the rightful owner as Mr. Arceo has paid me in full**

Regards,

Pratap Mehta.

**Pratap Mehta**
20___ E. Fuero Dr
Walnut, CA 91789

Fax Transmission Cover Sheet

| | |
|---|---|
| Sending to fax number: | 805-985-8857 |
| Date: | September 14, 2004    12-25 P.m. |
| Attention: | Janet A. Lawson #107321 |
| From: | Pratap K. Mehta |
| Telephone: | 909-595-8108 |
| Fax: | Call for fax number |
| Email: | bombaykid@hotmail.com |
| Number of pages including cover sheet: | 2 |

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**
**COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 3615 South Victoria Ave.#7, Oxnard CA 93035-4384.

On the date set forth below I served the foregoing document described as: ADDITIONAL EVIDENE IN SUPPORT OF RELEASING UNCLAIMED FUNDS TO DEBTOR AND DECLARATION OF JANET A. LAWSON on interested parties in this action by:

☐ electronically transmitting a true copy thereof on the firm facsimile machine, as well as a true confirmation copy placed in an envelope with postage prepaid, addressed as follows:

ELIZABETH ROJAS, CHAPTER 13 TRUSTEE
15301 Ventura Blvd. Bld. B, #400
Sherman Oaks, CA 91403

Office of the United States Trustee
21051 Warner Center lane #115
Woodland Hills, CA 91367

Pratap Mehta
20716 E. Fuero Dr.
Walnut CA 91789

Office of the United States Trustee
128 E. Carrillo St.
Santa Barbara, CA 93101

Pedro and Marian Arceo
2421 Kentia St.
Oxnard, CA 93036


x
☐   United States mail as addressed above.

I am readily familiar with the firm's practice of collections and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at

Oxnard, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date, or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on 9/20/2004      at Oxnard, California.

X _____/s/_____
        JANET LAWSON, #107321
___     CAROL BRABB