**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED NOV - 8 2004 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

ENTERED NOV - 8 2004 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

In re )  Bk. No. ND00-11472RR
   PEDRO GOGUE ARCEO )
   MARIA SABLAN ARCEO )
   )
   )  ORDER DENYING REQUEST FOR
   )  RELEASE OF UNCLAIMED FUNDS
   )  (28 U.S.C. Section 2042,
   Debtor (s) )  Bankruptcy Rule 9013,
   )  Bankruptcy Local Rule 3011-1)

On September 13, 2004 PEDRO GOGUE & MARIA SABLAN ARCEO for PRATAP K. MEHTA, TRUSTEE filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. Part # _____ of the motion has not been completed. Not dated & no proof of service provided.

_____ 4. It appears that a copy of the motion was not sent to the claimant.

_____   5.   An original power of attorney was not submitted.

_____   6.   The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____   7.   The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____   8.   The motion does not list the trustee in the case as having been noticed.

_____   9.   There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____   10.  The corporate seal is not stamped on the motion &/or power of attorney.

_____   11.  The name on the corporate seal does not match the name listed on the claim.

_____   12.  There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor.

_____   13.  The supporting documentation that is provided are not certified copies.

_____   14.  There are insufficient supporting documents showing the debtors/claimants are entitled to the funds claimed.

_____   15.  No proof of identification provided (driver license/passport).

__X__   16.  Other: *This motion must be set on notice to the Trustee and all creditors.*

_____          _____
United States Bankruptcy Judge             Nov 8, 2004
                                                Date

JUST1 - REV. 04/00