Janet A. Lawson #107321
3615 S. Victoria Ave. #7
Oxnard, CA 93035-4385
(805) 985-1147
(805) 985-8857
janet.lawson@justice.com
Attorney for: Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

In Re:

PEDRO GOGUE ARCEO,
MARIA SABLAN ARCEO,

Debtors

Case No. ND00-11472-RR

[PROPOSED] ORDER ON MOTION FOR UNCLAIMED FUNDS BY DEBTORS

Date: 12/9/2004
Time: 10:00 AM
Courtroom: 201
Location: 1415 State Street, Santa Barbara CA 93101

The motion is granted. All funds held by the District Court shall be returned to Debtors.

Dated: Jan 3, 2005

Robin Riblet,
United States Bankruptcy Court Judge

[Handwritten annotations across page: "Hearing not my ruling", "Inconsistent Motion denied", "Motion denied funds", "Certified"]

1

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.
Do **not** file this form as a separate document.*

| In re<br>Arceo | | CHAPTER 7 |
|---|---|---|
| | Debtor. | CASE NUMBER: ND00-11472-RR |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER ON MOTION FOR UNCLAIMED FUNDS BY DEBTORS

   was entered on *(specify date)*:

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

Dated:                                              JON D. CERETTO
                                                    **Clerk of the Bankruptcy Court**


                                                    By: _____
                                                           **Deputy Clerk**

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **F 9021-1.1**

Janet A. Lawson
3615 S. Victoria Ave. #7
Oxnard, CA 93035

PRATAP MEHTA
20716 E. Fuero Dr.
Walnut CA 91789

Office of the United States Trustee
128 E. Carrillo St.
Santa Barbara, CA 93101

Elizabeth Rojas
15301 Ventura Blvd. Buld. B #400
Sherman Oaks, CA 91403

Office of the United States Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Edward R. Roybald Federal Building
Attn: Roberta McNeil (Comptroller)
255 E. Temple St.
Los Angeles CA 90012

Pedro and Maria Arceo
2421 Kentia St
Oxnard, CA 93036.

## PROOF OF SERVICE
## STATE OF CALIFORNIA
## COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 3615 South Victoria Ave.#7, Oxnard CA 93035-4384.

On the date set forth below I served the foregoing document described as:  [PROPOSED ORDER ON MOTION FOR UNCLAIMED FUNDS BY DEBTORS
on interested parties in this action by:

☐ electronically transmitting a true copy thereof on the firm facsimile machine, as well as a true confirmation copy placed in an envelope with postage prepaid, addressed as follows:


See attached list



X   United States mail as addressed above.
☐

I am readily familiar with the firm's practice of collections and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Oxnard, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date, or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on 12/18/2004       at Oxnard, California.

_____
     JANET LAWSON, #107321
___  CAROL BRABB

Janet A. Lawson
3615 S. Victoria Ave. #7
Oxnard, CA 93035

PRATAP MEHTA
20716 E. Fuero Dr.
Walnut CA 91789

Office of the United States Trustee
128 E. Carrillo St.
Santa Barbara, CA 93101

Elizabeth Rojas
15301 Ventura Blvd. Buld. B #400
Sherman Oaks, CA 91403

Office of the United States Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Edward R. Roybald Federal Building
Attn: Roberta McNeil (Comptroller)
255 E. Temple St.
Los Angeles CA 90012

Pedro and Maria Arceo
2421 Kentia St
Oxnard, CA 93036.